# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128481
& (31)

BOBBY GILLEYLEN,
        Plaintiff-Appellant,

v

                            SC: 128481
                            COA: 260010
                            Macomb CC: 2001-000658-NO
JAMES HARRINGTON and                 2002-000212-CK
GLORIA HARRINGTON,                2004-000182
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 10, 2005 order of the Court of Appeals is considered, and it is DENIED, because the claims advanced by appellant are completely lacking in merit. The motion for appointment of counsel is DENIED because plaintiff is not entitled to appointed counsel.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk